Approved: _____
MATHEW ANDREWS
Assistant United States Attorney

Before:   THE HONORABLE PAUL E. DAVISON
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :    **COMPLAINT**

          - v. -                   :    Violation of 18 U.S.C.
                                        § 922(g)(1)
CORDERRO JONES                     :
                                        COUNTY OF OFFENSE:
                Defendant.         :    WESTCHESTER

- - - - - - - - - - - - - - - - - - - X   19mj3573

SOUTHERN DISTRICT OF NEW YORK, ss.:

       MATTHEW T. SANSONE, being duly sworn, deposes and says that he is a Special Agent with the Bureau of Alcohol, Tobacco, and Firearms, and charges as follows:

<u>COUNT ONE</u>
(Felon in Possession)

    On or about April 9, 2019, in the Southern District of New York, CORDERRO JONES, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, willfully and knowingly, did possess in and affecting commerce, a firearm and ammunition, to wit, a .380 Cobra ENT and five .380 caliber bullets, which previously had been shipped and transported in interstate and foreign commerce.

    (Title 18, United States Code, Section 922(g)(1).)

    The bases for my knowledge and the foregoing charges are, in part, as follows:

    1.   I am a Special Agent with the Bureau of Alcohol, Tobacco, and Firearms ("ATF"). I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement agents, as well as

my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

2. In the course of this investigation, I have spoken with the Mount Vernon Police Department ("MVPD") officers who arrested CORDERRO JONES, the defendant, and have reviewed the Incident Report prepared by them. Based on those conversations and my review of the Incident Report, I have learned, in sum and substance, the following facts, among others:

a. On or about April 9, 2019, at approximately 7:08 p.m., a male caller (the "Caller") contacted the 911 MVPD Dispatch. The Caller reported that he observed a black male wearing a grey hooded sweatshirt and tan-colored pants walking around and holding a firearm in the area of 212 Union Avenue, Mount Vernon.

b. MVPD officers responded to the location and observed an individual matching the description from the 911 call a short distance from 212 Union Avenue. Approximately four MVPD officers (the "Officers") identified themselves as police officers and approached the individual. The individual attempted to flee, and the Officers cornered the individual.

c. The individual subsequently began to flail his arms and a struggle ensued. During the struggle, the Officers observed the individual drop what appeared to be a handgun on the sidewalk from the waistband of his pants.

d. The Officers subsequently restrained the individual and placed him into police custody. One of the Officers subsequently conducted a search incident to arrest of the individual's person. The officer located a magazine in the individual's pocket containing fiver .380 caliber bullets.

e. One of the Officers then fingerprinted the individual as part of the booking process and compared the results against records held by law enforcement. The fingerprints match a record for CORDERRO JONES, the defendant.

3. Based on my conversations with officers of the Emergency Service Unit of the MVPD, I know, among other things,

2

that the firearm recovered from the sidewalk after the JONES' arrest was a .380 Cobra ENT.

4. Based on my training and experience, I know that the .380 Cobra ENT and the .380 caliber bullets were not manufactured in New York State.

5. I have reviewed criminal history records pertaining to CORDERRO JONES, the defendant, which show that JONES has previously been convicted of an offense punishable by imprisonment for more than one year, to wit, a conviction on or about April 13, 2009, in Spring Valley Village Court of Attempted Assault on a Police Officer, in violation of New York Penal Law § 120.08, a felony.

WHEREFORE, the deponent respectfully requests that a warrant issue for the arrest of CORDERRO JONES, the defendant, and that he be arrested and imprisoned, or bailed, as the case may be.

_____
MATTHEW T. SANSONE
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS


Sworn to before me this
10th day of April, 2019

_____
THE HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK